**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**BATESVILLE DIVISION**

RONALD PARKER, ADC #129702,
and SAMMIE WARD, III ADC #109434                                    PLAINTIFFS


V.                                    1:06CV00056 GH/JTR


CURTIS MEINZER,
Major, North Central Unit,
Arkansas Department of Correction, et al.                           DEFENDANTS


**JUDGMENT**

Consistent with the Order of Dismissal that was entered on this day, it is CONSIDERED,

ORDERED, and ADJUDGED that, pursuant to Local Rule 5.5(c)(2), this case is DISMISSED,

WITHOUT PREJUDICE, due to Plaintiffs' failure to timely and properly comply with the Court's

November 8, 2006 Order.   Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an

*in forma pauperis* appeal taken from this Judgment and the accompanying Order of Dismissal would

not be taken in good faith.

DATED this 15th day of December, 2006.


_____
UNITED STATES DISTRICT JUDGE